1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   KIM LOBOU GAMBLE,                )     1:05-cv-01352-AWI-DLB-HC
                                      )
12            Petitioner,             )     **ORDER ADOPTING FINDINGS AND**
                                      )     **RECOMMENDATIONS** (Doc. 17)
13   v.                               )
                                      )     **ORDER GRANTING MOTION TO**
14   SCOTT KERNAN, Warden,            )     **DISMISS** (Doc. 13)
                                      )
15            Respondent.             )     **ORDER DISMISSING PETITION**
                                      )     **FOR WRIT OF HABEAS CORPUS**
16
                                            **ORDER DIRECTING CLERK TO**
17                                          **ENTER JUDGMENT**

18

19        Petitioner is a state prisoner proceeding pro se with a

20   Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

21        On March 31, 2006, the Magistrate Judge filed Findings and

22   Recommendations that the Motion to Dismiss be GRANTED, and the

23   Petition for Writ of Habeas Corpus be DISMISSED, without prejudice.

24   These Findings and Recommendations were served on all parties and

25   contained notice that any objections were to be filed within thirty

26   (30) days from the date of service of that order.  To date, the

27   parties have not filed timely objections to the Findings and

28   Recommendations.

                                      1

1    In accordance with the provisions of 28 U.S.C. § 636

2  (b)(1)(C), this Court has conducted a *de novo* review of the case.

3  Having carefully reviewed the entire file, the Court concludes that

4  the Magistrate Judge's Findings and Recommendations are supported

5  by the record and proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed March 31, 2006,

8  are ADOPTED IN FULL;

9    2.   Respondent's motion to dismiss, filed February 28, 2006,

10  is GRANTED;

11    3.   The Petition for Writ of Habeas Corpus is DISMISSED,

12  without prejudice; and,

13    4.   The Clerk of Court enter judgment.

14

15  IT IS SO ORDERED.

16  **Dated:   May 29, 2006**                    **/s/ Anthony W. Ishii**
    0m8i78                              UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28